UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARLES MACK TAYLOR, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:19-cv-04513-JPH-DLP |
| SCHWEITZER M.D., | ) |
| Defendant. | ) |

**ORDER DENYING MOTION FOR COUNSEL WITHOUT PREJUDICE**

Mr. Taylor has moved for the appointment of counsel. Dkt. [19]. Litigants in federal civil cases do not have a constitutional or statutory right to court-appointed counsel. *Walker v. Price*, 900 F.3d 933, 938 (7th Cir. 2018). Instead, 28 U.S.C. § 1915(e)(1) gives courts the authority to "request" counsel. *Mallard v. United States District Court*, 490 U.S. 296, 300 (1989). As a practical matter, there are not enough lawyers willing and qualified to accept a pro bono assignment in every pro se case. *See Olson v. Morgan*, 750 F.3d 708, 711 (7th Cir. 2014) ("Whether to recruit an attorney is a difficult decision: Almost everyone would benefit from having a lawyer, but there are too many indigent litigants and too few lawyers willing and able to volunteer for these cases.").

"Two questions guide [this] court's discretionary decision whether to recruit counsel: (1) 'has the indigent plaintiff made a reasonable attempt to obtain counsel or been effectively precluded from doing so,' and (2) 'given the difficulty of the case, does the plaintiff appear competent to litigate it himself?'"

1

*Walker*, 900 F.3d at 938 (quoting *Pruitt v. Mote*, 503 F.3d 647, 654-55 (7th Cir. 2007) (en banc)).  These questions require an individualized assessment of the plaintiff, the claims, and the stage of litigation.

Mr. Taylor's motion for the appointment of counsel, dkt. [19], is **DENIED without prejudice** because has failed to show that he has made a reasonable effort to recruit counsel on his own.  Mr. Taylor does not state that he has made any attempt to contact lawyers, how many lawyers he has contacted, how he contacted them, or what information he provided them about his claims.  If Mr. Taylor chooses to renew his motion, he must attach documentation of his efforts to recruit counsel on his own.

**SO ORDERED.**

Date: 4/27/2020

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

CHARLES MACK TAYLOR
1832 N. Goodlet Avenue
Indianapolis, IN 46222

Mary M. Ruth Feldhake
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
mfeldhake@boselaw.com

Mark Wohlford
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
mwohlford@boselaw.com

Philip R. Zimmerly
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
pzimmerly@boselaw.com